# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LINDSAY O'BRIEN QUARRIE,**

      **Plaintiff,**

**v.**                                                       **No. 13-cv-0349 CG/SMV**

**NEW MEXICO INST. OF MINING & TECH.,**
**BHASKAR MAJUMDAR, LORIE LIEBROCK,**
**KENNETH (KEN) MINSCHWANER,**
**SCOTT TEARE, DANIEL LOPEZ, and**
**PETER GERITY,**

      **Defendants.**

## ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME

THIS MATTER is before the Court on Plaintiff's Motion to Amend/Correct a Defendant's Name [Doc. 18], filed on August 14, 2013.  Plaintiff indicates that he erroneously named Kevin Minschwaner and should have named Kenneth (Ken) Minschwaner.  He moves to correct his error.  The Court, being fully advised in the premises, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Amend/Correct a Defendant's Name [Doc. 18], is **GRANTED**.  Accordingly, the caption in this proceeding is hereby amended to reflect the correct Defendant, Kenneth (Ken) Minschwaner.

**IT IS SO ORDERED**.

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**