IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LINDSAY O'BRIEN QUARRIE,**

    Plaintiff,

v.                                                               **No. 13-cv-0349 MV/SMV**

**NEW MEXICO INST. OF MINING & TECH.,
BHASKAR MAJUMDAR, LORIE LIEBROCK,
KENNETH (KEN) MINSCHWANER,
SCOTT TEARE, DANIEL LOPEZ, and
PETER GERITY,**

    Defendants.

**ORDER SETTING SECOND TELEPHONIC RULE 16 SCHEDULING CONFERENCE**

**Date and time**:         October 31, 2013, at 10:00 a.m.

**Matter to be heard**:   Second Telephonic Rule 16 Scheduling Conference

      THIS MATTER is before the Court on a telephonic Rule 16 scheduling conference, held on October 16, 2013. The Court deferred conducting the scheduling conference when it discovered that the parties had not completed their initial disclosures as required.

      **IT IS ORDERED, ADJUDGED, AND DECREED** that a second telephonic Rule 16 scheduling conference is hereby set **October 31, 2013, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

      **IT IS SO ORDERED.**

                                                                     _____
                                                                     **STEPHAN M. VIDMAR
                                                                     United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.