IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

    Plaintiff,

v.                                                   No. 13-cv-0349 MV/SMV

NEW MEXICO INST. OF MINING & TECH., et al.,

    Defendants.

### FIRST AMENDED ORDER SETTING MOTIONS HEARING

**Date and time**:    January 31, 2014, at 1:30 p.m.

**Matters to be heard**: Defendants' pending motions [Docs. 51, 53, 55, 57, 77, 78] and status of case

    **IT IS ORDERED** that the in-person hearing on Defendants' Motions to Dismiss [Docs. 51, 53, 55, 57], set for January 15, 2014, is VACATED and will be combined with the January 31 status conference. At that time, the Court will also hear argument on Defendants' Motion for Summary Judgment Based on Qualified Immunity [Doc. 77] and Defendants' Motion to Stay Proceedings Pending Ruling on Qualified Immunity [Doc. 78]. Accordingly, <u>Plaintiff and counsel for Defendants shall appear in person</u> on **January 31, 2014, at 1:30 p.m.** in the Doña Ana Courtroom, on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico. Parties shall be prepared to argue Defendants' pending motions, to address the status of discovery, and to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**