IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

    Plaintiff,

v.                                                                                 No. 13-cv-0349 MV/SMV

**NEW MEXICO INST. OF MINING & TECH., et al.,**

    Defendants.

## ORDER TO CURE

THIS MATTER is before the Court on Plaintiff's ex parte Application to Proceed in Forma Pauperis on appeal [Doc. 93], filed on February 7, 2014. Plaintiff has failed to provide the Court with the information necessary to rule on the application.

**IT IS THEREFORE ORDERED** that, **within 14 days**, Plaintiff file a completed Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, which can be found on the Court's website at http://www.nmcourt.fed.us/web/DCDOCS/dcindex.html under the description "Appeal IFP Motion." Failure to submit the required form may result in denial of the application [Doc. 93].

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**