IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

   Plaintiff,

v.                                                                                      No. 13-cv-0349 MV/SMV

NEW MEXICO INST. OF MINING & TECH., et al.,

   Defendants.

## ORDER TO CURE

THIS MATTER is before the Court on Plaintiff's Motion to Proceed in District Court Without Prepaying Fees or Costs [Doc. 94] and the accompanying ex parte financial information "short form" [Doc. 95], filed on February 10, 2014. Plaintiff has failed to provide the Court with the information necessary to rule on the motion.

**IT IS THEREFORE ORDERED** that, **within 14 days**, Plaintiff file a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which can be found on the Court's website at http://www.nmcourt.fed.us/web/DCDOCS/dcindex.html under the description "Application (Motion) to Proceed In Forma Pauperis (AO-239)." Failure to submit the required form may result in denial of the Motion to Proceed in District Court Without Prepaying Fees or Costs [Doc. 94].

   **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**