IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

    Plaintiff,

v.        No. 13-cv-0349 MV/SMV

NEW MEXICO INST. OF MINING & TECH., et al.,

    Defendants.

## ORDER RESETTING CASE MANAGEMENT DEADLINES

THIS MATTER is before the Court sua sponte. Discovery in this case was originally scheduled to terminate on March 31, 2014. [Doc. 47]. On February 12, 2014, the Court stayed all proceedings in this case pending resolution of Defendants' Motion for Summary Judgment on the Grounds of Qualified Immunity [Doc. 77]. [Doc. 102] at 2. On April 3, 2014, the Court denied Defendants' motion. [Doc. 131]. The Court now finds it appropriate to reset the case management deadlines.

**IT IS THEREFORE ORDERED** that the case management deadlines in the Court's Scheduling Order [Doc. 47] are modified as follows:

| | | |
|---|---|---|
| 1. | Defendants shall disclose expert witnesses and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by: | May 14, 2014 |
| 2. | Discovery terminates on: | June 16, 2014 |
| 3. | Motions relating to discovery shall be filed by: | July 7, 2014 |
| 4. | Pretrial motions, other than discovery motions, filed by: | July 15, 2014 |

5. Consolidated final Pretrial Order submitted as follows:

    a. Plaintiff to Defendant by: September 2, 2014

    b. Defendant to Court by: September 16, 2014

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**