IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

    Plaintiff,

v.                                    No. 13-cv-0349 MV/SMV

**NEW MEXICO INST. OF MINING & TECH.,
BHASKAR MAJUMDAR, LORIE LIEBROCK,
KENNETH (KEN) MINSCHWANER,
SCOTT TEARE, DANIEL LOPEZ, and
PETER GERITY,**

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    June 25, 2014, at 3:00 p.m.

**Matter to be heard**:  Plaintiff's Second Motion for Protective Order [Doc. 139].

    **IT IS ORDERED** that a telephonic hearing on the pending discovery motion [Doc. 139] is hereby set for June 25, 2014, at 3:00 p.m. Parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties are advised to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.